# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

March 24, 2008

*MEMO ENDORSED*

*Application granted. [illegible]
3/24/2008
USDJ*

FACSIMILE (914) 390-4085
Honorable Judge Charles L. Brieant
United States District Judge
Southern District New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the District Council 9 et al. v. Architectural Building Associates, Inc.
Docket No. 08 Civ 582 (CLB)
Initial Conference – March 28, 2008 @ 9:45 a.m.

Dear Honorable Judge Brieant:

This office represents the plaintiffs in the above matter. This letter makes reference to the initial court conference scheduled for Friday March 28, 2008 @ 9:45 a.m.

This matter involves an audit conducted by the Painting Industry Trust Funds' of the books and records of the defendant.

The defendant has been served with the summons and complaint and has failed to answer or otherwise respond.

We are preparing a default judgment but are requesting additional time to prepare the default based upon the extensiveness of this particular audit that was conducted.

Accordingly, we respectfully request that the matter be removed from the court calendar and we will file the default judgment with notice to the defendant on or before April 8, 2008. No prior request for an adjournment has been made.

Kindly advise this office of the court's decision regarding the parties' request.

Thank you for your courtesies.

Sincerely,

Dana L. Henke

Cc: Architectural Building Associates, Inc.