UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING )
INDUSTRY INSURANCE AND ANNUITY FUNDS,        )        Index No.: 08-CIV-0582 (CLB)
                                             )
                                             )        REQUEST FOR ENTRY OF
                                             )        DEFAULT JUDGMENT
                          Plaintiffs,        )
        -against-                            )
                                             )
                                             )
ARCHITECTURAL BUILDING ASSOCIATES, INC.,     )
                                             )
                          Defendant.         )

---

TO:    Clerk of the United States District Court for the
       Southern District of New York

       Pursuant to the Affidavit for Entry of Default Judgment attached hereto, Defendant

Architectural Building Associates, Inc. having failed to appear or answer the summons and

complaint, you are requested to enter a Default Judgment in favor of Plaintiffs, Trustees of the

District Council 9 Painting Industry Insurance and Annuity Funds, and against the Defendant

Architectural Building Associates, Inc. in the sum of $37,897.35, which includes principal,

liquidated damages, interest, court costs, auditors' fees and attorneys' fees.

Dated:  Elmsford, New York
        April 29, 2008

                                            Dana L. Henke, Esq. (DLH3025)
                                            BARNES, IACCARINO, VIRGINIA,
                                            AMBINDER & SHEPHERD, PLLC
                                            258 Saw Mill River Road
                                            Elmsford, New York 10523
                                            (914) 592-1515

